IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JERRY F. GREENE, III,

        Plaintiff,

v.                                Case No.10-4087 -JTM

CAROLYN W. COLVIN[1],
Acting Commissioner of
Social Security

        Defendant.

## MEMORANDUM AND ORDER

Before the court is plaintiff's unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. 27). Upon review of the record, the court finds that reimbursement should be made for attorney fees in the amount of $5,983.94 under 28 U.S.C. § 2412(d) for plaintiff's representation in this social security appeal.

IT IS ACCORDINGLY ORDERED this 29th day of October, 2014, that plaintiff's motion (Dkt. 27) is GRANTED and that a check for attorney fees in the amount of $5,983.94 be made payable to plaintiff and mailed to plaintiff's attorney.

                                                        s/J. Thomas Marten
                                                        J. THOMAS MARTEN,
                                                                CHIEF JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).